

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00207-CV

Peter **BARTON**,
Appellant

v.

Ana Lisa **GARZA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-308
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Ana Lisa Garza recover her costs of this appeal from Appellant Peter Barton.

SIGNED March 25, 2015.

_____
Karen Angelini, Justice